IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| CONNIE ONELY,<br>　　　　　Plaintiff,<br><br>v.<br><br>REDNER'S MARKETS, INC.,<br>　　　　　Defendant. | CIVIL ACTION<br><br><br><br>NO.  21-4785 |

### O R D E R

**AND NOW**, this 26th day of May, 2022, upon consideration of Defendant's Motion to Dismiss (ECF No. 9), Plaintiff's Opposition thereto (ECF No. 10), and Defendant's Reply (ECF No. 11), it is **HEREBY ORDERED THAT** Defendant's Motion is **GRANTED IN PART** and **DENIED IN PART**:

1. Defendant's Motion is **GRANTED** as to Plaintiff's discrimination and hostile work environment claims based on "actual disability" under 42 U.S.C. § 12102(1)(A), which are **DISMISSED WITHOUT PREJUDICE**.

2. In all other respects, Defendant's Motion is **DENIED**.

　　　　　　　　　　　　　　　　　　　BY THE COURT:

　　　　　　　　　　　　　　　　　　　/S/Wendy Beetlestone, J.

　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　**WENDY BEETLESTONE, J.**