IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| CONNIE ONELY, | : No. 2:21-cv-04785-WB |
| | : |
| Plaintiff | : CIVIL ACTION - LAW |
| | : JURY TRIAL DEMANDED |
| vs. | : |
| | : |
| REDNER'S MARKETS, INC., | : |
| d/b/a REDNER'S, | : |
| | : Assigned to: |
| Defendant | : Wendy Beetlestone, U.S.D.J. |

**JOINT APPENDIX OF EXHIBITS FOR THE PURPOSE OF SUMMARY JUDGMENT**

| Exhibit | Description | Page |
|---|---|---|
| A | Deposition of Connie Onley, taken May 19, 2022, with Exhibits; index of Exhibits at KS-MSJ 0003 | KS-MSJ 0001 - 000684 |
| B | Deposition of Sandra McGrory, taken June 17, 2022, with Exhibits; index of Exhibits at KS-MSJ 000687 | KS-MSJ 000685 - 000832 |
| C | Deposition of Karl Michener, taken June 27, 2022, with Exhibits; index of Exhibits at KS-MSJ 000835 | KS-MSJ 000833 - 000996 |
| D | Deposition of Alexis Foreman, taken June 27, 2022, with Exhibits; index of Exhibits at KS-MSJ 000999 | KS-MSJ 000997- 0001103 |
| E | Redner's Employee Handbook, dated November 2017 | KS-MSJ 0001104 - 0001161 |
| F | Transcript of Testimony before the Unemployment Compensation Board of Review, Appeal No. 21-09-I-2331 | KS-MSJ 0001162 - 0001191 |
| G | Statement of Alexis Foreman, dated January 18, 2021 | KS-MSJ 0001192 - 0001193 |

/s/ W. Charles Sipio         /s/ Jeffrey R. Elliott
W. Charles Sipio, Esq.       Jeffrey R. Elliott, Esq.

*Attorney for Plaintiff*       *Attorney for Defendant*