**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| **CONNIE ONELY,** | **CIVIL ACTION** |
| **Plaintiff,** | |
| **v.** | |
| **REDNER'S MARKETS, INC.,** | **NO.  21-4785** |
| **Defendant.** | |

## O R D E R

**AND NOW**, this 10th day of October, 2023, upon consideration of Defendant's Motion for Summary Judgment (ECF 31), Plaintiff's Opposition thereto (ECF 35), and Defendant's Reply (ECF 38), it is **HEREBY ORDERED THAT** Defendant's Motion is **GRANTED IN PART** and **DENIED IN PART**:

1. Defendant's Motion is **GRANTED** as to Plaintiff's disability-based discrimination, retaliation, and hostile work environment claims under 42 U.S.C. § 12102(1)(A), Plaintiff's gender-based discrimination, retaliation, and hostile work environment claims under 42 U.S.C. § 2000e, *et seq.* and 42 Pa. Stat. Ann. § 951, *et seq.*, and race-based retaliation claim under 42 U.S.C. § 1981, which are **DISMISSED WITH PREJUDICE**.

2. In all other respects, Defendant's Motion is **DENIED**.

**BY THE COURT:**

**/s/Wendy Beetlestone, J.**

_____
**WENDY BEETLESTONE, J.**